MEEKER ET UX. *v.* AMBASSADOR OIL CORP.

No. 46.   Argued November 19–20, 1963.—Decided December 2, 1963.

*O. R. Adams, Jr.* argued the cause for petitioners.   With him on the brief was *R. F. Deacon Arledge.*

*C. Harold Thweatt* argued the cause for respondent. With him on the brief was *Vivian Diffendaffer.*

PER CURIAM.

The judgment of the Court of Appeals for the Tenth Circuit is reversed.   *Beacon Theatres, Inc.,* v. *Westover,* 359 U. S. 500; *Dairy Queen, Inc.,* v. *Wood,* 369 U. S. 469.

BERRY *v.* NEW YORK.

No. 163, Misc.   Decided December 2, 1963.

Petitioner *pro se.*
*Michael R. Canestrano* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Appellate Division of the Supreme Court of New York, Fourth Judicial Department, for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.